UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE TARP COMPANY, INC.,

    Plaintiff,

  v.

ENPAC, LLC,

    Defendant.

Case No. C11-0471RSL

ORDER

      On June 9, 2011, the Court ordered defendant to show that federal jurisdiction over this matter exists by providing the citizenship of all of the owners/members of Enpac, LLC, at the time the complaint was filed. Defendant has now responded, and the Court is satisfied that it has jurisdiction. The Order to Show Cause is therefore VACATED

      Dated this 16th day of June, 2011.

                                                      Robert S. Lasnik
                                                      United States District Judge

ORDER - 1