Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE TARP COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENPAC L.L.C., an Ohio limited liability company,<br><br>Defendant. | NO. 2:11-cv-00471-RSL<br><br>**STIPULATED MOTION TO EXTEND JOINT PRETRIAL STATEMENT DEADLINE**<br><br>**AND**<br><br>**ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>September 13, 2012 |

Plaintiff Seattle Tarp Company, Inc. and Defendant ENPAC LLC hereby stipulate and respectfully request that the Court extend the deadline to file the parties' joint pretrial statement to September 26, 2012. Both parties have served their respective pretrial statements and continue to work together with respect to pretrial matters. In light of the upcoming September 20 hearing on ENPAC's motion for summary judgment, however, the parties believe that extending the joint pretrial statement deadline until after the Court rules on the

STIPULATED MOTION TO EXTEND JOINT PRETRIAL
STATEMENT DEADLINE AND ORDER
(NO. 2:11-cv-00471-RSL) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1  pending motion will (1) promote the accuracy and usefulness of the pretrial statement for both

2  the parties and the Court and (2) prevent unnecessary or duplicative expenses, costs, and time

3  for the parties.  Therefore, the parties respectfully request that the Court extend the joint

4  pretrial deadline to September 26, 2012.

5       DATED: September 13, 2012.

6  MILLS MEYERS SWARTLING            BADGLEY ~ MULLINS LAW GROUP
   Attorneys for Plaintiff                     Attorneys for Defendant
7
   By:   */s/ David W. Howenstine*          By:   */s/ Jacob D.C. Humphreys, by*
8        Bruce Winchell                           *e-mail authority, 9/13/12*
         WSBA No. 14582                           Duncan C. Turner
9        bwinchell@mms-seattle.com                WSBA No. 20597
         David W. Howenstine                      duncanturner@badgleymullins.com
10       WSBA No. 41216                           Jacob D.C. Humphreys
         dhowenstine@mms-seattle.com              WSBA No. 416699
11                                                jhumphreys@badgleymullins.com

12
                                    **ORDER**
13
      It is so ORDERED.  The deadline for the parties to file a joint pretrial statement is
14
   extended to September 26, 2012.
15
      Dated this 14th day of September, 2012.
16

17                                  *[signature]*
                                    Honorable Robert S. Lasnik
18                                  United States District Court
                                    Western District of Washington
19

20

21

22

23  STIPULATED MOTION TO EXTEND JOINT PRETRIAL        LAW OFFICES OF
    STATEMENT DEADLINE AND ORDER                     **MILLS MEYERS SWARTLING**
    (NO.  2:11-cv-00471-RSL) - 2                     1000 SECOND AVENUE, 30TH FLOOR
24                                                   SEATTLE, WASHINGTON  98104-1064
                                                     TELEPHONE (206) 382-1000
                                                     FACSIMILE (206) 386-7343
25

26