Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE TARP COMPANY, INC., a
Washington corporation,

                Plaintiff,

     v.

ENPAC L.L.C., an Ohio limited liability
company,

                Defendant.

NO.  2:11-cv-00471-RSL

**STIPULATED MOTION TO EXTEND JOINT PRETRIAL STATEMENT DEADLINE**

   **AND**

**ORDER**

NOTE ON MOTION CALENDAR:
September 13, 2012

      Plaintiff Seattle Tarp Company, Inc. and Defendant ENPAC LLC hereby stipulate and respectfully request that the Court extend the deadline to file the parties' joint pretrial statement to September 26, 2012.  Both parties have served their respective pretrial statements and continue to work together with respect to pretrial matters.  In light of the upcoming September 20 hearing on ENPAC's motion for summary judgment, however, the parties believe that extending the joint pretrial statement deadline until after the Court rules on the

STIPULATED MOTION TO EXTEND JOINT PRETRIAL
STATEMENT DEADLINE AND ORDER
(NO.  2:11-cv-00471-RSL) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

pending motion will (1) promote the accuracy and usefulness of the pretrial statement for both the parties and the Court and (2) prevent unnecessary or duplicative expenses, costs, and time for the parties.   Therefore, the parties respectfully request that the Court extend the joint pretrial deadline to September 26, 2012.

DATED:  September 13, 2012.

MILLS MEYERS SWARTLING
Attorneys for Plaintiff

By:    */s/ David W. Howenstine*
     Bruce Winchell
     WSBA No. 14582
     bwinchell@mms-seattle.com
     David W. Howenstine
     WSBA No. 41216
     dhowenstine@mms-seattle.com

BADGLEY ~ MULLINS LAW GROUP
Attorneys for Defendant

By:    */s/ Jacob D.C. Humphreys, by*
     *e-mail authority, 9/13/12*
     Duncan C. Turner
     WSBA No. 20597
     duncanturner@badgleymullins.com
     Jacob D.C. Humphreys
     WSBA No. 416699
     jhumphreys@badgleymullins.com

### **ORDER**

It is so ORDERED.   The deadline for the parties to file a joint pretrial statement is extended to September 26, 2012.

Dated this 14th day of September, 2012.

*MWP S Lasnik*

Honorable Robert S. Lasnik
United States District Court
Western District of Washington

STIPULATED MOTION TO EXTEND JOINT PRETRIAL
STATEMENT DEADLINE AND ORDER
(NO.  2:11-cv-00471-RSL) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343